EDWINA E. DOWELL (SBN 149059)
Assistant U.S. Trustee
JULIE M. GLOSSON (SBN 230709)
Trial Attorney
SHINING J. HSU (NJ SBN 027612006)
Trial Attorney
United States Department of Justice
Office of the U.S. Trustee
280 S. First Street, Suite 268
San Jose, CA 95113-0002
E-mail: Shining.J.Hsu@usdoj.gov
Telephone: (408) 535-5525 x 223
Fax: (408) 535-5532

Attorneys for TRACY HOPE DAVIS
United States Trustee for Region 17

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| In re<br><br>DCI PROPERTIES, LLC,<br><br>Debtor. | Case No. 15-52872 (MEH)<br><br>Chapter 11<br><br>Date: October 8, 2015<br>Time: 10:30 a.m.<br>Place: Courtroom 3020<br>Honorable M. Elaine Hammond |

**NOTICE OF HEARING ON THE UNITED STATES TRUSTEE'S**
**MOTION TO DISMISS CASE UNDER 11 U.S.C. § 1112(b)**

**PLEASE TAKE NOTICE** that a hearing will be held on **October 8, 2015** at **10:30 a.m.**, before the **Honorable M. Elaine Hammond, 280 South First Street, Courtroom 3020, San Jose, California,** on the United States Trustee's Motion To Dismiss Case Under 11 U.S.C. § 1112(b).

The motion is based upon this notice of hearing, the motion and memorandum of the United States Trustee to dismiss case filed concurrently herewith, the pleadings, orders, and other documents on file in this case, and upon such evidence as may be presented to the Court at the hearing or in response to any opposition to the motion.

You may obtain a copy of the Motion and memorandum in support, and accompanying declaration from the Court's docket on the PACER system or by contacting the undersigned.

**A response, if any, to the motion shall be made in writing and served upon the United States Trustee, and filed with the bankruptcy court, at least fourteen (14) days prior to the hearing date pursuant to B.L.R. 9014-1(c)(1). If there is not a timely opposition to the motion, the Court may enter an order granting the requested relief by default.**

Dated: September 14, 2015      TRACY HOPE DAVIS
                                UNITED STATES TRUSTEE
                                */s/ Shining J. Hsu*
                                Trial Attorney

NOTICE OF HEARING - UST'S MOTION TO DISMISS CASE: 15-52872      -1-

Case: 15-52872   Doc# 10   Filed: 09/14/15   Entered: 09/14/15 11:22:03   Page 1 of 1